15178

PHILLIPS v. SOUTH CAROLINA TAX COMMISSION

(12 S. E. (2d), 13)

474 

 June, 1940. 

480

*Messrs. John M. Daniel, Attorney General,* and *Claude K. Wingate,* for appellant,

*Mr. H. Klugh Purdy,* for respondent,

December 9, 1940.

The opinion of the Court was delivered by MR. JUSTICE STUKES.

The facts which gave rise to this controversy are well stated in the order and judgment of the trial Judge which will be reported.

After careful consideration of appellant's exceptions and the briefs and arguments of counsel this Court is satisfied with the disposition of the issues made below, and the judgment is affirmed.

MR. CHIEF JUSTICE BONHAM and MESSRS. JUSTICES CARTER, BAKER and FISHBURNE concur.